UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-239-WFJ-SPF

DALLAS ROBINSON, JR.   18 U.S.C. § 922(g)(1)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Possession of a firearm by a convicted felon)**

On or about December 26, 2021, in the Middle District of Florida, the defendant,

DALLAS ROBINSON, JR.,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of a firearm with an obliterated serial number, on or about November 15, 2019;

2. Possession of an unregistered firearm, on or about November 15, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition that is, a Springfield (HS Produkt) .45 caliber firearm, and Starline and Ammo Inc., ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURES

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Springfield, (HS Produkt) XDS 45 caliber pistol with serial number X5605979.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C.§ 853(p), directly and as incorporated by 28 U.S.C.§ 2461(c).

                                                A TRUE BILL,

                                                Foreperson

ROGER B. HANDBERG
United States Attorney

By:    _____
       David W.A. Chee
       Assistant United States Attorney

By:    _____
       James C. Preston, Jr.
       Assistant United States Attorney
       Chief, Violent Crimes and Narcotics Section

FORM OBD-34
June 22

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

DALLAS ROBINSON, JR.

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill.

_____
Foreperson

Filed in open court this 29th day of June 2022.

_____
Clerk

Bail $_____

GPO 863 525